# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2014 MAY 14 PM 12:12

| UNITED STATES OF AMERICA, | CASE NO. 14CR0917-GPC |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JUAN CHIU, JR. (2) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21:952,960,963;18:2

21:846,841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 13, 2014

Bernard G. Skomal
U.S. Magistrate Judge